**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-00525-REB-MEH

AKAL SECURITY, INC.,

    Plaintiff,

v.

UNITED GOVERNMENT SECURITY OFFICERS
OF AMERICA, INTERNATIONAL UNION,
UNITED GOVERNMENT SECURITY OFFICERS
OF AMERICA, LOCAL 53,

    Defendant.

## ORDER OF RECUSAL

**Blackburn, J.**

The matter is before me *sua sponte.* I am the chairman of the Court Security Committee for the District of Colorado. Both parties are involved in providing security for the judicial officers and staff in various federal courts in District of Colorado. Pursuant to 28 U.S.C. § 455, a judge should recuse himself from a case when his participation in the case creates an appearance of impropriety. See ***United States v. Pearson***, 203 F.3d 1243, 1264 (10th Cir. 2000). To eschew the appearance of impropriety, I conclude that I must recuse myself from this case.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That under 28 U.S.C. § 455(a), I **RECUSE** myself from this case; and

    2. That the case **SHALL BE REASSIGNED** pursuant to D.C.COLO.LCivR 40.1B and F.

    Dated March 12, 2010, at Denver, Colorado.

                                                      BY THE COURT:

                                                      Robert E. Blackburn
                                                      United States District Judge