IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00525-CMA-MEH

AKAL SECURITY, INC.,

      Plaintiff,

v.

UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, INTERNATIONAL UNION,
and
UNITED GOVERNMENT SECURITY OFFICERS OF AMERICA, LOCAL 53,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 16, 2010.**

      In the interests of clarity and considering the Court's inherent authority to control its own docket, Plaintiff's Motion to Amend Title of Pleading Named "Plaintiff's Supplemental Documents for Record" [filed August 25, 2010; docket #24] is **denied**, and Plaintiff's Supplemental Documents for Record [filed August 16, 2010; docket #22] are hereby **stricken**, without prejudice.

      In order to preserve Plaintiff's right to seek supplementation of the stipulated record as contemplated by the Scheduling Order, and to preserve Defendant's right to understand the legal and factual grounds for such request (which also benefits the Court in its adjudication of the request), the Court orders as follows.  Plaintiff may submit a motion to supplement the record consistent with the requirements of Fed. R. Civ. P. 7(b) on or before **September 22, 2010**.  Defendants may respond to such motion within *fourteen days* of its filing, and Plaintiff may reply in support of its motion within *seven days* of Defendant's response, thus completing the briefing in advance of the parties filing opening briefs on the merits of this matter.